**Dismissed and Memorandum Opinion filed October 31, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00528-CV

**RICHARD  KAMINSKI, Appellant**

**V.**

**TTS LOGISTICS, INC. A CALIFORNIA CORPORATION, Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-18509**

## MEMORANDUM  OPINION

This is an appeal from an order signed March 20, 2019. Appellant timely filed a post-judgment motion to set aside the order. The notice of appeal was due June 18, 2019. *See* Tex. R. App. P. 26.1(a) (allowing 90 days from judgment to file notice of appeal where a motion for new trial or a motion to modify the judgment is filed). Appellant, however, filed his notice of appeal on July 1, 2019, a date within 15 days of the due date for the notice of appeal. *See Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to

file the notice of appeal. On October 8, 2019, we ordered appellant to file a proper motion to extend time to file the notice of appeal on or before October 18, 2019. *See* Tex. R. App. P. 26.3; 10.5(b). Appellant did not file a motion. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.